JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID MARTINEZ, | Case No. 12cv8089 SJO (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | Complaint Filed: August 10, 2012 |
| UNITED PARCEL SERVICE, INC.; and DOES 1 to 50, inclusive, | Date: June 24, 2013<br>Time: 10:00 a.m. |
| Defendants. | Judge: Hon. S. James Otero<br>Courtroom: 1 |
| | Magistrate: Hon. Jay C. Gandhi<br>Courtroom: A |
| | Trial Date: October 18. 2013 |

Defendant United Parcel Service Inc.'s ("UPS") Motion for Summary Judgment, or, in the Alternative, Summary Adjudication of Issues came on regularly for hearing at 10:00 a.m. on June 24, 2013 in Courtroom 1 of this Court, the Honorable S. James Otero, presiding.  Upon full consideration of all the papers submitted in support of and in opposition to the motion, the evidence presented by the parties, the issues having been heard and a decision having been rendered, this Court orders summary judgment in favor of UPS as follows:

1 **IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of
2 Defendant UPS that Plaintiff David Martinez take nothing, and that the action be
3 dismissed on the merits.

Dated:  July 08, 2013

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

00881949.DOC

-2-   Case No. 12cv8089 SJO (JCGx)
JUDGMENT